Núm. 26.—IN RE TRISTANI, JR., querellado.—Original. ▊
▊ Febrero 6, 1941.

(Por la Corte, a propuesta del Juez Asociado Sr. Travieso.)

POR·CUANTO, este tribunal señaló el día 22 de enero de 1941 para la investigación en corte abierta de la querella formulada por Manuel Alvarez contra el abogado Enrique Tristani, Jr.;

POR CUANTO, en el acto de la investigación practicada en corte abierta en la indicada fecha, comparecieron y declararon bajo juramento el querellante Manuel Alvarez y el querellado;

POR CUANTO, la declaración del querellante se basa en su mayor parte en referencias y es en su totalidad vaga, incierta e insuficiente, y, además, no merece crédito alguno por estar inspirada por sentimientos de venganza contra el querellado;

POR LO TANTO, se ordena el archivo de la querella y se exonera al querellado de toda responsabilidad en relación con la misma.